FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 APR 21 PM 4: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JASON D. PITTS                          CIVIL ACTION

VERSUS                                  NUMBER: 07-8811

LYNN COOPER, WARDEN                     SECTION: "F"(5)

O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Jason D. Pitts, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 20TH day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____